IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Edwin A. Allseitz, Jr. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-97-2632 |
| | § | |
| Arthur Levitt, et al. | § | |
| | § | |
| Defendants. | § | |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED

NOV 21 1997

Michael N. Milby, Clerk

## ORDER

Plaintiff filed this case, *pro se,* on August 5, 1997. Since then, there has been no evidence of any activity to prosecute the case. There is no return of service in this court's file. On August 5, 1997, the court ordered plaintiff to appear for initial pretrial and scheduling conference, and to submit a discovery/case management plan. The court's order admonished him that failure to comply as directed would result in dismissal for want of prosecution. The plaintiff has failed to comply.

The plaintiff's *pro se* status is no excuse for failure to comply with procedural requirements. *See Faretta v. California*, 422 U.S. 806, 835 n.46 (1975); *see generally Link v. Wabash Railroad*, 370 U.S. 626 (1962). Therefore, in the interest of justice and judicial economy, and in order to

971121.1001P: P:\CASES\97\97-2632\97-2632.ORD

permit consideration of cases which parties are actively pursuing, this case will be dismissed for want of prosecution.

SIGNED on _November 21_, 1997, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge